# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| *In re*: <br><br> **BROOKE CORPORATION, et al.,** <br><br> Debtors | Case No. 08-22786-DLS <br> (Jointly Administered) <br> Chapter 7 |
| **Albert A. Riederer, Chapter 7 Trustee of Brooke Corporation, Brooke Capital Corporation and Brooke Investments, Inc.,** <br><br> Plaintiff, <br> vs. <br><br> **Jeremy Pool Agency Inc.,** <br><br> Defendant. | Adv. No. **10-06184** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

COMES NOW Plaintiff Albert A. Riederer, Chapter 7 Trustee, by and through his counsel of record, and for his Unopposed Motion for Extension of Time to Answer or Otherwise Plead, respectfully states as follows:

1. Plaintiff's Complaint was filed on October 25, 2010 (Doc. #1).

2. Pursuant to the Court's March 29, 2011 Order Granting Trustee's Omnibus Procedures Motion With Respect To Category A Complaints (Doc. No. 1951), Defendant's deadline to file its answer or otherwise plead to the subject Complaint was extended to May 30, 2011.

3. Plaintiff and Defendant have been communicating concerning this adversary proceeding. Plaintiff does not oppose and would in fact request that the Court grant an extension of the deadline for the Defendant to file its answer or otherwise plead to the subject Complaint through July 15, 2011.

WHEREFORE, Plaintiff Albert A. Riederer, Chapter 7 Trustee, requests that this Court enter an Order granting the Defendant Jeremy Pool Agency Inc. additional time to file its answer or otherwise plead to the Complaint up to and including July 15, 2011, and for such other and further orders as the Court deems just.

Dated: June 15, 2011

Respectfully submitted,

s/ Michael D. Fielding
John J. Cruciani            #16883
Michael D. Fielding         #20562
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000; FAX (816) 983-8080
john.cruciani@huschblackwell.com
michael.fielding@huschblackwell.com

Joseph L. Steinfield, Jr. *admitted pro hac*
Alex Govze *admitted pro hac*
ASK FINANCIAL LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
(651) 406-9665 x869; FAX (651) 406-9676
cmoseng@askfinancial.com

*Attorneys for Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2011, a true and correct copy of the above and foregoing was served by the method or methods specified below:

__X__ by **electronically** filing with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

__X__ via **e-mail**, properly addressed to: reid.nelson@connectmyinsurance.com


            *s/ Michael D. Fielding*
            Attorney