**SO ORDERED.**

**SIGNED this 16 day of June, 2011.**



                                      Dale L. Somers
                              UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| *In re*: <br><br> BROOKE CORPORATION, et al., <br><br> Debtors | Case No. 08-22786-DLS <br> (Jointly Administered) <br> Chapter 7 |
| Albert A. Riederer, Chapter 7 Trustee of Brooke Corporation, Brooke Capital Corporation and Brooke Investments, Inc., <br><br> Plaintiff, <br> vs. <br><br> Jeremy Pool Agency Inc., <br><br> Defendant. | Adv. No. <u>10-06184</u> |

ORDER GRANTING UNOPPOSED MOTION OF
PLAINTIFF FOR EXTENSION OF TIME FOR
DEFENDANT JEREMY POOL AGENCY INC.
<u>TO FILE AN ANSWER OR OTHERWISE RESPOND</u>

KCP-4133885-1                                                        1

This matter came before the Court upon the Unopposed Motion for Extension of Time to File Answer or Otherwise Plead (the "Motion") filed by Plaintiff Albert A. Riederer, Chapter 7 Trustee of Brooke Corporation, Brooke Capital Corporation and Brooke Investments, Inc.

After considering the Motion, the Court hereby finds and orders as follows:

The Court finds that good cause exists to grant the Motion.

IT IS, THEREFORE, BY THE COURT ORDERED that the Unopposed Motion for Extension of Time to File Answer or Otherwise Plead should be and is hereby granted.

IT IS FURTHER ORDERED that Defendant's time to file an answer or otherwise respond is hereby extended up through and including July 15, 2011.

IT IS SO ORDERED.

# # #

SUBMITTED BY:

s/ Michael D. Fielding
John J. Cruciani                    #16883
Michael D. Fielding                 #20562
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000; FAX (816) 983-8080
john.cruciani@huschblackwell.com
michael.fielding@huschblackwell.com

Joseph L. Steinfield, Jr. *admitted pro hac*
Alex Govze *admitted pro hac*
ASK FINANCIAL LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
(651) 406-9665 x869; FAX (651) 406-9676
cmoseng@askfinancial.com
*Attorneys for Trustee*