**SO ORDERED.**

**SIGNED this 25 day of October, 2011.**



Dale L. Somers
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| *In re*: <br><br>BROOKE CORPORATION, et al., <br><br>Debtors | Case No. 08-22786-DLS <br>(Jointly Administered) <br>Chapter 7 |
| Albert Riederer, Chapter 7 Trustee for the Bankruptcy Estates of Brooke Corporation, et al., <br><br>Plaintiff, <br>vs. <br><br>Jeremy Pool Agency, Inc., <br><br>Defendant. | Adv. No. 10-06184 |

## ORDER GRANTING TRUSTEE'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT, JEREMY POOL AGENCY, INC.

Albert Riederer, as the Chapter 7 Trustee ("Trustee") for the bankruptcy estates of Brooke Corporation, Brooke Capital Corporation and Brooke Investments, Inc. (collectively "Brooke") has filed a Motion for Default Judgment against Defendant, Jeremy Pool Agency, Inc.

KCP-4152007-1

The Motion and Notice of Hearing were properly and timely served upon the Defendant. No response or objection has been filed with the Court on behalf of this Defendant, nor has any response been served upon the Plaintiff or his counsel by this Defendant.

The Court, having jurisdiction herein, makes the following findings of fact and conclusions of law:

1. Plaintiff Albert Riederer, the Chapter 7 trustee in this bankruptcy case filed the Complaint against the Defendant on October 25, 2010.

2. The summons and Complaint were properly executed by Trustee's counsel upon Defendant.

3. Pursuant to this Court's Order Granting Trustee's Omnibus Procedures Motion with Respect to Category A Complaints (March 29, 2011, Doc. No. 1951), Defendant's responsive pleading deadline was May 30, 2011. Defendant has failed to timely respond to the Complaint.

4. Fed. R. Bankr. P. 7055 incorporates the provisions of Fed.R.Civ. P. 55 without change, and therein, provides for the entry of a default judgment as a result of Defendant's failure to answer.

5. Defendant was properly served in accordance with Fed. R. Bankr. P. 7004 and has failed to timely answer. Therefore, Plaintiff, Albert A. Riederer, the Chapter 7 Trustee is entitled to the entry of a default judgment by this Court pursuant to Fed. R. Bankr. P. 7055.

6. Defendant is not subject to the Soldiers' and Soldiers' Civil Relief Act of 1940, 50 U.S.C. Appendix, § 501 et seq. Section 200 of the Act (50 U.S.C. Appendix, § 520).

7. The Complaint and Motion requested, *inter alia*, that the Court enter a Judgment in favor of the Trustee and against Defendant as well as imposition of prejudgment interest.

8. The judgment requested is for an amount certain.

IT IS BY THE COURT ORDERED that the Trustee's Motion for Default Judgment is GRANTED in its entirety. The Court hereby enters judgment in favor of the Trustee and against the Defendant as follows:

(a) $43,729.074 as the principal judgment amount owed by Defendant;

(b) Pre-judgment interest on the principal judgment amount commencing as of the date the Complaint was filed; and

(c) Costs (including the $250.00 filing fee).

IT IS SO ORDERED.

###

SUBMITTED BY:

Primary Counsel
(Please Contact Primary Counsel)

/s/ Alex Govze
Joseph L. Steinfeld, Jr., DC SBN 297101,
MN SBN 0266292, VA SBN 18666
(*Admitted Pro Hac Vice*)
Alex Govze, MN SBN 0388626
(*Admitted Pro Hac Vice*)
A·S·K FINANCIAL LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
**Telephone:** (651) 406-9665 ext. 842 **Fax:** (651) 406-9676
**E-Mail:** agovze@askfinancial.com

Local Counsel

John J. Cruciani          #16883
Michael D. Fielding       #20562
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000; FAX (816) 983-8080
john.cruciani@huschblackwell.com
michael.fielding@huschblackwell.com

Attorneys For Plaintiff, Albert Riederer, Chapter 7 Trustee for the Bankruptcy Estates of Brooke Corporation, et al.