# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

**In Re:**

**Brooke Corporation**
        **Debtor(s).**        Case No. 08-22786-7-DLS

**Albert Riederer, Chapter 7 Trustee for the Bankruptcy Estate of Brooke Corporation, et al**

        **Plaintiff(s),**        Adv. No. 10-06184

-vs-

**Jeremy Pool Agency Inc**

        **Defendant(s).**

## NOTICE OF ENTRY OF JUDGMENT BY DEFAULT

Default was entered against defendant Jeremy Pool Agency Inc on October 25, 2011. Therefore, on motion of the plaintiff(s), judgment is entered against that defendant in favor of the plaintiff(s) as follows:

**IT IS ORDERED THAT:** (a) $43,729.074 as the principal judgment amount owed by Defendant; (b) Pre-Judgment interest on the principal judgment amount commencing as of the date the complaint was filed; and (c) Costs (including the $250.00 filing fee).

**DATED:** November 29, 2011        FRED W. JAMISON, CLERK
        UNITED STATES BANKRUPTCY COURT

        By: s/Nicole Sillings        , Deputy Clerk